DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TORREVIO M. EALY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-3002

[February 8, 2023]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Dan L. Vaughn, Judge; L.T. Case No. 312019CF001141A.

Carey Haughwout, Public Defender, and Mara C. Herbert, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Pablo Tapia, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See State v. Brown*, 310 So. 3d 1046, 1048-49 (Fla. 5th DCA 2020) (the defendant's "consent to separate trials obviated any double jeopardy or collateral estoppel concerns," and neither *Burr v. State*, 576 So. 2d 278 (Fla. 1991) nor *State v. Perkins*, 349 So. 2d 161 (Fla. 1977) stand "for the proposition that a separate Florida due process right bars the State from referencing [the defendant's] firearm possession [addressed in an initial possession of firearm trial] during a second trial" addressing the other charges arising from the same incident).

WARNER, CIKLIN and FORST, JJ., concur.

\*       \*       \*

*Not final until disposition of timely filed motion for rehearing.*